**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gonzales MARCH, a/k/a Gun, a/k/a**
**Gon, Defendant–Appellant.**

**No. 15–6792.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 9, 2015.

Decided: Sept. 14, 2015.

Gonzales March, Appellant Pro Se. Jimmie Ewing, Stanley D. Ragsdale, Julius Ness Richardson, John David Rowell, Assistant United States Attorneys, James Chris Leventis, Jr., Office of the United States Attorney, Columbia, South Carolina.

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gonzales March appeals the district court's order dismissing his Fed.R.Civ.P. 60(b) motion, after construing it as an unauthorized successive 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. March,* Nos. 3:08–cr–00590–CMC–6; 3:12–cv–01977–CMC; 3:10–cv–70294–CMC (D.S.C. May 7, 2015). We deny March's motion to supplement a request for a certificate of appealability as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*